```
IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE DISTRICT OF PUERTO RICO

IN RE:                              *
                                        CASE NO. 09-01144(ESL)
JESSICA MERCEDES IRIZARRY
                                        CHAPTER 13
    Debtor(s)
-----------------------------------*
```

MOTION TO SUBMIT AMENDED PLAN

TO THE HONORABLE COURT:

NOW COMES the above named debtors through the undersigned attorney and very respectfully prays and alleges:

1. That debtor herewith submits amended plan dated April 6, 2009 for the Court's approval.

WHEREFORE it is respectfully requested that this Honorable Court confirm this plan on its day.

In San Juan, Puerto Rico, this April 6, 2009.

I CERTIFY that on this date I sent by electronic mail a true copy of this motion and Plan to Chapter 13 Trustee, Jose R. Carrion, Esq., and by regular mail to parties in interest and to creditors as per master address list.

```
                          /s/EMILY D DAVILA
                          USDC-PR 128809
                          WILLIAM DAVILA DE PEDRO, ESQ.
                          EMILY D DAVILA RIVERA, ESQ.
                          USDC-PR #214503
                          420 PONCE DE LEON
                          MIDTOWN SUITE 311
                          SAN JUAN, PR  00918
                          TEL. 787, 759-8090/FAX 759-9620
                          treasure@prtc.net
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: *JESSICA MILAGROS MERCEDES IRIZARRY*
    *aka JESSICA M MERCEDES IRIZARRY*

BK. CASE # *09-01144*

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [✓] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

**PLAN DATED:** _____
[✓] **AMENDED PLAN DATED:** *APRIL 6, 2009*

[✓] PRE [ ] POST-CONFIRMATION     FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] OTHER

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = | |
|---|---|---|---|---|---|
| $ 1,000.00 | x | 12 | = | 12,000.00 |
| $ 1,300.00 | x | 48 | = | 62,400.00 |
| $ | x | | = | |
| $ | x | | = | |
| $ | x | | = | |
| | | TOTAL | = | 74,400.00 |

Additional Payments:

$ _0.00_ to be paid as LUMP SUM within _____ with proceeds to come from

[ ] Sale of property identified as follows: _____

[ ] Other: _____

Periodic Payments to be made other than, and in addition to the above.

$ _____ x _____ = _____

**PROPOSED BASE:** $ 74,400.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,300.00

Signed: */s/ JESSICA MILAGROS MERCEDES IRIZARRY*
    DEBTOR

_____
JOINT DEBTOR

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR *RELIABLE FINANCIAL* $ 100.00

B. SECURED CLAIMS.
[ ] Debtor represents no secured claims.
[✓] Creditors having secured claims will retain their liens and shall be paid as follows:

1. [✓] Trustee pays secured ARREARS:

Cr. *ORIENTAL GROUP*    Cr. _____    Cr. _____
# *3445*    # _____    # _____
$ *13,164.24*    $ _____    $ _____

2. [✓] Trustee pays IN FULL Secured Claims

Cr. *RELIABLE FINANCIAL*    Cr. _____    Cr. _____
# *1873*    # _____    # _____

3. [ ] Trustee pays VALUE OF COLLATERAL

Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____

4. [✓] Debtor SURRENDERS COLLATERAL to Lien Holder:
*SHARES SURRENDER COOP. SAGRADA FAMILIA*

5. [ ] OTHER: _____

6. [✓] Debtor Otherwise maintains regular payments directly to:
*ORIENTAL GROUP*

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(II U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan [ ] Classifies [✓] Does not Classify Claims.

1. (a) Class A: [ ] Co-Debtor Claims / [ ] Other: _____
    [ ] Paid 100% / [ ] Other: _____

Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____

(b) [ ] Other: _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

**OTHER PROVISIONS:** *(Executory contracts; payment of interest to unsecured, etc.)* *

| Executory Contract | DECISION |
|---|---|
| *DR. JOSE A PAGAN* | *Assumed* |
| *JOVANNY DIAZ BONILLA* | *Assumed* |
| *SRA. ILIANA GOMEZ* | *Assumed* |

* See Attached Continuation Sheet for Additional Information

ATTORNEY FOR DEBTOR: *WILLIAM DAVILA DE PEDRO ESQ*     PHONE: *(787)759-8090*

# CHAPTER 13 PAYMENT PLAN
## (Continuation Sheet)

### II DISBURSEMENT SCHEDULE

OTHER PROVISIONS

*ATTORNEY'S FEES TO BE PD. FIRST; ADEQ. PROT. $100. X 6 TO RELIAB. FINANC.; EMA RELIAB. FINANC. $600.00 X 6 & 700. X 51 MO., RELIAB. SATISFIED BY MD (8-2014). EMA ORIENTAL GROUP $300.00 X 6 MO. & $250. X 49 MO.;*

*ASSUME NON-RESID. LEASE WITH DR. JOSE A. PAGAN, NO ARREARS, I PAY $875. MO., ASSUME RESID. LEASE WITH JIOVANNY DIAZ, I AM LESSOR, $650. MO., ASSUME RESID. LEASE WITH ILIANA GOMEZ, I AM LESSOR, $650.MO.*

Sheet No. _1_ of _1_ Sheets attached to Chapter 13 Payment Plan

```
JESSICA MILAGROS MERCEDES IRIZARRY
AVE AMERICO MIRANDA 346
VILLA NEVAREZ
SAN JUAN   PR   00927


WILLIAM DAVILA DE PEDRO ESQ
420 PONCE DE LEON AVENUE
MIDTOWN BLDG  SUITE 311
SAN JUAN   PR   00918


BANCO POPULAR DE PR
BANKRUPTCY DIVISION
PO BOX 362708
SAN JUAN   PR   00936


BANCO SANTANDER DE PR
BANKRUPTCY DIVISION
PO BOX 362589
SAN JUAN   PR   00936


CENTENIAL
BANKRUPTCY DIVISION
PO BOX 71333
SAN JUAN   PR   00936


CITIBANK NA
BANKRUPTCY DEPT
7930 NW 110 ST
KANSAS CITY   MO   64153


CITIFINANCIAL
PO BOX 22066
TEMPE   AZ   85285


COOP A/C SAGRADA FAMILIA
BANKRUPTCY DIVISION
PO BOX 102
COROZAL   PR   00783


DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9022501
SAN JUAN   PR   00902


HOSPITAL AUXILIO MUTUIO
APARTADO 191227
SAN JUAN   PR   00919
```

```
INTERNAL REVENUE SERV
MERCANTIL PLAZA ROOM 914
PONCE DE LEON AVENUE
HATO REY   PR   00918


JOVANNY DIAZ BONILLA
COLINAS DE FAIRVIEW CALLE 2002
4D 11   2ND FL APT 2
TRUJILLO ALTO   PR   00924


MUNICIPIO DE SAN JUAN
BANKRUPTCY DIVISION
PO BOX 70179
SAN JUAN   PR   00936


ORIENTAL GROUP
PO BOX 191810
SAN JUAN   PR   00919


RELIABLE FINANCIAL
BANKRUPTCY DIVISION
APARTADO 21382
San Juan   PR   00928


RELIABLE FINANCIAL
BANKRUPTCY DIVISION
APARTADO 21382
RIO PIEDRAS   PR   00928


SEARS ROEBUCK
BANKRUPTCY DIVISION
PO BOX 6923
THE LAKES   NV   88901


THE HOME DEPOT
PO BOX 103108
ROSWELL   GA   30076
```